

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Kenneth Frank McCann,                 * From the 32nd District Court
                                        of Nolan County,
                                        Trial Court No. 14133.

Vs. No. 11-23-00167-CR                * March 7, 2024

The State of Texas,                   * Memorandum Opinion by Bailey, C.J.
                                        (Panel consists of: Bailey, C.J.,
                                        Trotter, J., and Williams, J.)

This court has considered Kenneth Frank McCann's motion to dismiss this appeal and concludes that the motion should be granted.   Therefore, in accordance with this court's opinion, the appeal is dismissed.